**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| JOHNSON CONTROLS TECHNOLOGY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> WILLOW TECHNOLOGY CORPORATION LIMITED, <br><br> Defendant. | Civil Action No. 2:22-cv-243-JRG-RSP <br><br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE**
**FOR INFRINGEMENT CONTENTIONS**

Before the Court is Plaintiff's Unopposed Motion to Extend the Deadline to file its

Infringement Contentions.  Plaintiff requests a seven (7) day extension to serve its Infringement

Contentions with a September 15, 2022.  The motion is **GRANTED**.

   **IT IS THEREFORE ORDERED**.